BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
JUN 04 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERING: <br><br> 1996 Lexus, with California license plate number 6HUM566 (VIN# JT8BH22F3T0054149); <br> 1995 Mercedes, with California license plate number 3MQA160 (VIN# WDBEA32E2SC188453); and <br> 1997 Toyota, with California license plate number 3TLB628 (VIN# 4T1BF12B6VU143462) | CASE NO. 2:15-SW-0126 EFB <br><br> [PROPOSED] ORDER RE: REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS <br><br> **UNDER SEAL** |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application, redacted affidavit, and return are unsealed.

DATED: 6-4-2015

_____
Hon. Edmund F. Brennan
United States Magistrate Judge